**Charles R. LEWIS et al., Appellants, v. ASSOCIATED GARAGES, Inc., Appellee.**

No. 10368.

Circuit Court of Appeals, Eighth Circuit.

June 19, 1935.

Noah Weinstein, of St. Louis, Mo., for appellants.

R. W. Chubb, of St. Louis, Mo., for appellee.

PER CURIAM.

Petition for appeal from United States District Court denied.

**Clayton E. MAY, Appellant, v. UNITED STATES of America.**

No. 10342.

Circuit Court of Appeals, Eighth Circuit.

May 14, 1935.

S. J. Kroman, of Minneapolis, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on agreement of counsel and certificate of clerk of United States District Court.

**William R. MILLER, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 7815.

Circuit Court of Appeals, Fifth Circuit.

Oct. 31, 1935.

Lawrence S. Camp, U. S. Atty., Harvey H. Tisinger, Asst. U. S. Atty., and H. T. Nichols, Sp. Atty. to U. S. Atty., all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

**Zack Taylor MILLER v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY et al.**

No. 1278.

Circuit Court of Appeals, Tenth Circuit.

Aug. 5, 1935.

Sid White, of Oklahoma City, Okl., for appellant.

Cohoon & Heiple, of Oklahoma City, Okl., and John F. Reinhardt, of Kansas City, Mo., for appellees.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed, for failure to prosecute.